IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:02CR49 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LOUIS A. CRITCHLOW, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of Michael T. Levy to withdraw as counsel for the defendant, Louis A. Critchlow (Critchlow). Mr. Levy's motion to withdraw is granted. Jessica Milburn, P.O. Box 6668, Lincoln, NE 68506, (402) 488-7894, is appointed to represent Critchlow for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Levy shall forthwith provide Ms. Milburn with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Levy which are material to Critchlow's defense.

The clerk shall provide a copy of this order to Ms. Milburn and the Office of the Federal Public Defender. Ms. Milburn shall enter her appearance forthwith.

**IT IS SO ORDERED.**

DATED this 6th day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge