**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:02CR49 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LOUIS A. CRITCHLOW, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion by defendant Louis A. Critchlow (Critchlow) to file pretrial motions out of time (Filing No. 48). Critchlow seeks until June 25, 2008, in which to file pretrial motions. Critchlow's counsel was recently appointed in this matter. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Critchlow's motion for an extension of time (Filing No. 48) is granted. Critchlow is given until **on or before June 25, 2008,** in which to file pretrial motions. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 19, 2008 and June 25, 2008**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 19th day of June, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge